■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUSTIN JOHNS, Appellant. [668 NYS2d 134] —Judgment unani-

mously affirmed. Memorandum: The contention of defendant that his sentence is unduly harsh or severe does not survive the voluntary, knowing and intelligent waiver of his right to appeal (*see, People v Allen,* 82 NY2d 761, 763; *People v West,* 239 AD2d 921). In any event, defendant's sentence is neither unduly harsh nor severe (*see, People v Wiggins,* 227 AD2d 918, *lv denied* 89 NY2d 1016). (Appeal from Judgment of Niagara County Court, Fricano, J.—Attempted Criminal Possession Controlled Substance, 3rd Degree.) Present—Denman, P. J., Hayes, Callahan and Fallon, JJ.